[Nos. 19496-1-II; 19497-0-II.    Division Two.    October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GUSTAVO LOEYA DEHARO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO ANDRADE-MARTINEZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 94-1-03632-9, Donald H. Thompson, J., entered January 31, 1995. *Affirmed* by unpublished opinion per

Seinfield, C.J., concurred in by Bridgewater and Armstrong, JJ.